UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Susan D. Wigenton |
| v. | : | Cr. No. 06-932 |
| LARRY ROBERTS | : | ORDER |

The Court having considered the written and oral submissions of the parties in relation to the parties' pretrial motions, and for good cause shown,

It is on this 29th day of May 2008,

ORDERED:

that Defendant's motion for handwriting samples is withdrawn and thus DENIED AS MOOT;

that Defendant's motion for discovery of officer-witness personnel files is DENIED;

that all officer-witness personnel files at issue in this matter are not discoverable under Giglio or any other provision of federal law;

that the United States' motion to admit prior drug convictions under Federal Rule of Evidence 404(b) is GRANTED IN PART and DENIED IN PART, in that the United States may not introduce such evidence during its case-in-chief but may introduce such evidence on rebuttal;

that the United States' motion to admit gang-affiliation evidence, if necessary on rebuttal, under Federal Rule of Evidence 404(b), is GRANTED;

that the United States' motion to admit Defendant's prior convictions under Federal Rule of Evidence 609, if he elects to testify, is GRANTED; and

that all witnesses in this matter shall be excluded from the courtroom, with the exception of the United States' case agent, pursuant to Federal Rule of Evidence 615(3).

The trial in this matter shall commence at 9:30 a.m. on June 3, 2008.

_____
HON. SUSAN D. WIGENTON
United States District Judge

*For the reasons set forth on the record on May 23, 2008.
SDW